■ WILBUR MECHANIC, Respondent, v ENRIQUE M. BURSZTYN et al., Defendants, and NORTH BRONX RESOURCES, INC., et al., Appellants. [648 NYS2d 919] —Order, Supreme Court, Bronx County (Alan Saks, J.), entered January 23, 1996, which denied defendants-appellants' motion for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

Summary judgment was properly denied, there being questions of fact whether appellants' nonprofessional employees failed to gather all necessary information relating to plaintiff's MRI test, whether they acted outside the scope of their employment and training by determining what type of MRI scan to perform without prior consultation with the supervising radiologist and whether they provided the interpreting radiologist with all of the information they did have. Concur—Rosenberger, J. P., Ellerin, Rubin and Kupferman, JJ.

■ In the Matter of the Arbitration between JACK FRIEDMAN et al., Appellants, and CITY OF NEW YORK et al., Respondents. [648 NYS2d 925] —Judgment, Supreme Court, New York County (Herman Cahn, J.), entered July 10, 1995, unanimously affirmed for the reasons stated by Cahn, J., without costs and disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Rubin, Kupferman and Nardelli, JJ.